**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**WILLIAM LEON KING,**<br><br>**Defendant** | NO. 5: 06-CR-16 (WDO)<br><br>VIOLATION: DRUG RELATED |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Mr. Richard A. Hull of the Macon Bar; the United States was represented by Assistant U. S. Attorney George Christian. Based upon the evidence proffered to the court by counsel for the parties and the contents of the Pretrial Service Report dated February 2, 2006, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☒ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☒ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.
  ☐ under 18 U.S.C. §924(c).

☒ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated February 2, 2006, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of defendant King or the safety of the community were he to be released from custody at this time. The offense charged against the defendant is a serious drug offense for which he faces long-term imprisonment if convicted; his estimated guideline sentencing range is 168 months to 210 months in prison. Defendant King has strong ties to the Macon, Georgia area, and is gainfully employed. The weight of evidence appears to be strong with controlled a buy of cocaine from the defendant having been recorded both in audio and video.

**Defendant King has a felony conviction record which includes the following: STATUTORY RAPE, Bibb Superior Court, 1994; THEFT BY RECEIVING STOLEN PROPERTY, THEFT BY TAKING, and GIVING FALSE NAME/INFORMATION TO POLICE, Jones Superior Court, 1998; AGGRAVATED ASSAULT, Bibb Superior Court, 1998; and, FORGERY, Jones Superior Court, 2001. Significantly, the defendant has a history of absconding from probation supervision in both Jones County and Bibb County. The defendant's criminal activity has been continuous since 1993.**

**In 2003, defendant King was convicted of violating probation in Jones County Superior Court. A detainer has been filed by state authorities based on allegations of probation violation in connection with the return of the federal indictment herein. Counsel for the defendant reserves the right to request the court to reconsider this order of detention in the event the state detainer is lifted.**

**For the foregoing reasons, pretrial detention is mandated. IT IS SO ORDERED.**

### PART III - DIRECTIONS REGARDING DETENTION

**The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.**

**SO ORDERED, this 7th day of FEBRUARY, 2006.**



/s/ Claude W. Hicks, Jr.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**